### HAWES v. DUNLOP et al.

(Supreme Court, Appellate Division, First Department.   February 18, 1910.)

Appeal from Special Term, New York County.

Action by Gertrude D. Hawes against Eliza C. Dunlop and others. From an interlocutory judgment sustaining a demurrer to a defense set up in the answer, defendant Snedeker appeals. Reversed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

H. H. Snedeker, in pro. per.

Gilbert Ray Hawes (Irving Goldberg, on the brief), for respondent.

CLARKE, J. This is an appeal by the defendant Snedeker from an interlocutory judgment of the Special Term sustaining a demurrer to the further defense set up in his answer.

In Hawes v. Dunlop, 121 N. Y. Supp. 380, upon the appeal by Mrs. Dunlop from an interlocutory judgment overruling a demurrer to the same complaint, we have held that it did not state facts sufficient to constitute a cause of action. That being so, this judgment, sustaining a demurrer to the answer, should be reversed, with costs, and the demurrer overruled, with costs, with leave to the respondent, upon payment of costs in this court and in the court below, to withdraw said demurrer. All concur.